UNITED STATES DISTRICT COURT

MASSACHUSETTS

EXHIBIT "A"  (STATEMENT OF CLAIM)

ACTION NO: _____

I, Domenic Salvatore Albanese, Age 21, (DOB 1/12/2000), do state that I was arrested and taken into custody on 10/10/2018 as an adult (18 Yrs Old), due to "terroristic threats" (MASS GEN LAWS CHAPTER 269, SECTION 14, which were alleged to have been initiated from behind telecommunicational devices, the 3 phoned in threats in Summer of 2018 that I was charged with, pled guilty for specific reasons (with regrets), and further was sentenced to 2.5 years in the Dedham House of Corrections, in Dedham, MA after being on Pre-Trial Detention for 11 months held at Plymouth County Correctional Facility, in Plymouth, MA.

After my arrest, I was transported to WPD HQ for booking by RET. WPD Chief John Walcek, where direct statements were made to me while I was secured in WPD's marked cruiser that "We are gonna make sure everyone knows who you are now!". This now completely makes factual sense to me, where I was charged and or suspected of many JUVENILE (Under 18 Years of Age) "Telephonic Threats", and or "Cyber Offenses", most being DISMISSED on 11/20/2019 out of Brockton Juvenile Court by prosecution. I have respectfully been in custody since 10/10/2018, and I was released from Dedham HOC on my 21st birthday (January 12th, 2021 also my E.O.S).

While incarcerated, I was not able to view ANY published news articles and or press releases under my name due to limits on internet connectivity. Upon being released in January, I viewed every article with caution, and awareness. I further realised, in the most professional and or respectful manner, that around 90% or more of every article posted online by the listed DEFENDANT NEWS/MEDIA AGENCIES (DEFENDANT's # 1-7), had very specific details, or more so, my entire JUVENILE RECORD/HISTORY between 2016 and 2017. I was suspected of many different cyber based offenses, with some having no charges ever formally filed, and others having charges filed against me as a Juvenile Offender within State Juvenile Court. After review of all of the published released/articles, and realising and acknowledging that <u>unless</u> intentionally and or recklessly disclosed, there would have been no justifiable way to explain how, or why my entire Juvenile History was released publicly. Respectfully, I then dug deeper, and reviewed my initial 2018 (ADULT, Having turned to a legal adult at age 18), Wareham Police Department Official Narrative for Detective Dean J. Decas (REF: 18-902-AR DATED 10/9/2018). My first observation of this report during my then open criminal proceedings, was that Only line #1-14 was relevant to the adult cases that I was facing, I at that time also realised that line #15-67 (ALL JUVENILE RECORD between 2016-2017), was placed on the same report,

*[handwritten margin note: Correction: Defendants # 2-7]*

1

*※ Wareham Weekly's Chloe Shelford did directly state to me that she had recieved this entire PD report in-fact.*

which to the best of my knowledge is the only justifiable way for all of my Juvenile History to have been disclosed publicly by all of the listed defendant Press Agencies.

Line #15 of WPD REPORT # 18-902-AR (Narrative for DET. DEAN J. DECAS), States as follows (Non Verbatim): "Domenic has been involved and charged in cases of threats, swatting, and false 911 calls. Evidence in some of these crimes have been discovered on electronics previously taken/seized from 39 Onset Ave, which is the residence of Lori and Domenic Albanese. The evidence is in the process of being extracted at this time. To date, there have been many investigations involving Domenic Albanese with regards to cell phones, computers, and other electronics, which are outlined below".

At this point, everything that is "Outlined Below", (Line #16-67), was respectfully all juvenile record, and to the best of my knowledge does respectfully fall under 18 U.S. Code § 5038 "USE/DISCLOSURE OF JUVENILE RECORDS".

*see motion filed within packet requesting this entire report from WPD, respectively. ※*

Please Note: I believe that I am within the statue of limitations still, due to the last set of articles being published when I pled guilty, and was sentenced to the 2.5 years that I have completed. Respectfully, as I will show during a future hearing date, the information that was wrongfully disseminated widespread to the public, did, and will most likely still have an impact on my future success and or general repuation, unless immediately acted upon.

Respectfully Filed,

Domenic S. Albanese (Pro-Se)

~~39 Onset Ave, Wareham, MA~~

~~781-XXX-XXXX~~

26 Long Pond Rd
Plymouth, MA 02360

2