UNITED STATES DISTRICT COURT

MASSACHUSETTS

EXHIBIT "B"

ACTION NO: _____

DEFENDANT NO. 1 (IN PROPER STANDARD FORM):

    Name: Dean J. Decas
    Job or Title: WAREHAM POLICE DEPARTMENT (DETECTIVE)
    Street Address: 2515 Cranberry Highway
    City and County: WAREHAM, Plymouth County
    State and Zip Code: MASSACHUSETTS, 02571

DEFENDANT NO. 2 (IN PROPER STANDARD FORM):

    Name: Anne Eisenmenger (WAREHAM WEEKLY NEWS)
    Job or Title: FOUNDER/OWNER
    Street Address: 219 Main ST #C
    City and County: WAREHAM, Plymouth County
    State and Zip Code: MASSACHUSETTS, 02571

DEFENDANT NO. 3 (IN PROPER STANDARD FORM):

    Name: Frank Mulligan
    Job or Title: Wareham Wicked Local News
    Street Address: 10 Cordage Park Circle, Suite #240
    City and County: PLYMOUTH, Plymouth County
    State and Zip Code: MASSACHUSETTS, 02360

DEFENDANT NO. 4 (IN PROPER STANDARD FORM):

    Name: Beth Treffeisen (CAPE COD TIMES)
    Job or Title: REPORTER/EDITOR - CAPE COD TIMES
    Street Address: 319 Main ST
    City and County: HYANNIS, Plymouth County
    State and Zip Code: MASSACHUSETTS, 02601

DEFENDANT NO. 5 (IN PROPER STANDARD FORM):

    Name: Sera Congi (WCVB)
    Job or Title: REPORTER FOR WCVB CHANNEL 5
    Street Address: 5 TV Place

City and County: Needham, Norfolk County
State and Zip Code: MASSACHUSETTS, 02494

DEFENDANT NO. 6 IN PROPER STANDARD FORM):

Name: WHDH BOSTON NEWS CHANNEL 7
Job or Title: NEWS/MEDIA
Street Address: 7 Bulfinch Place
City and County: BOSTON, Suffolk County
State and Zip Code: MASSACHUSETTS, 02114

DEFENDANT NO. 7 (IN PROPER STANDARD FORM):

Name: The Taunton Daily Gazette
Job or Title: NEWS/MEDIA
Street Address: 5 Cohannet ST (P.O BOX #111)
City and County: Taunton, Bristol County
State and Zip Code: MASSACHUSETTS, 02780

END
END
END