MOTION  9/3/2021

FILED
IN CLERKS OFFICE
2021 SEP -7 PM 12:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

# U.S DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION No: _____

## MOTION FOR ORDER OF Evidentiary Documents

I, Domenic S. Alvarese, DOB 1-12-06, PRO-SE respectfully move that this HONORABLE COURT ORDER, under this civil action that WAREHAM MA POLICE DEPT. - Detective Division turn over to U.S District court of MASS, and or Myself at my current address, the police report in question numbered WPD Narrative #18-902-AR as unfortunately I am currently back in custody, and do not have copies of this PD report which is the report referenced in my complaint.

I ask that this motion be Allowed and served to Wareham PD via fax etc. with a 10-30 day deadline if possible due to urgency, lastly a copy (if Allowed) of the Final ORDER, please.

Respectfully Filed,
Domenic S. Alvarese - PRO-SE