U.S. District Court
~ Boston
FILED
IN CLERKS OFFICE

2021 OCT 12 PM 1:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case: 1:21-CV-11466-WGY

10-6-21

✗ Please also File request to HON.
WGY - see page # 1 & 2 of enclosed ✗

Dear Clerk,

For my record, Please Mail me
a copy of my typed "Statement of claim",
@ PCCF - 26 Long Pond Rd, Plymouth, MA 02360
and also a copy to Defendant Dean J.
Decas @ WPD - 2515 Cranberry Hwy, Wareham,
MA 02571 as I've Filed the summons &
complaint for service on this Defendant with
the USMS, However they're lacking the
statement of claim to also serve
(if even needed) and I obviously am also.

Thank you,

- Domenic S. Albanese - Pro-se
PCCF
26 Long Pond Rd, Plymouth, MA
02360